CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

AUG 1 9 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| DIRECTV, INC., | CIVIL ACTION NO. 6:03-CV-00093 |
| *Plaintiff,* | |
| v. | ORDER |
| JOEL CARRERA, | |
| *Defendant.* | JUDGE NORMAN K. MOON |

On November 11, 2003, DIRECTV, Inc. ("DIRECTV"), filed a complaint in this Court against Defendant Joel Carrera, seeking damages and injunctive relief against Carrera for the assembly, distribution, possession and use of illegitimate devices primarily designed to gain unauthorized access to its satellite communication signals, in violation of federal communication and state laws. On February 18, 2005, the Court conducted a bench trial in this case. For the reasons stated in the attached Memorandum Opinion, the Court enters judgment for Plaintiff and awards Plaintiff $7500 in damages. An order granting Plaintiff attorney's fees and costs pursuant to 47 U.S.C. § 605(e)(3)(B)(iii) shall follow.

It is so ORDERED. The Clerk of the Court is directed to send a copy of this Order to all Counsel of record.

ENTERED: _Norman K. Moon_
U.S. District Judge

_August 19, 2005_
Date