IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| DIRECTV, INC., | CIVIL ACTION NO. 6:03-CV-00093 |
| *Plaintiff,* | |
| v. | ORDER |
| JOEL CARRERA, | |
| *Defendant.* | JUDGE NORMAN K. MOON |

By order of the Court dated June 27, 2005, this case was referred to the Honorable Michael F. Urbanski, United States Magistrate Judge, for proposed findings of fact and a recommended disposition. The Magistrate filed his report on September 22, 2005, recommending that this Court enter an Order awarding Plaintiff's counsel a fee in the amount of $36,962.04 for costs, including reasonable attorneys' fees, pursuant to 47 U.S.C. § 605(e)(3)(B)(iii).

Defendant filed Objections to the Report and Recommendation on October 6, 2005. The objections having been timely and appropriately lodged, this Court must undertake a *de novo* review of the case. *Orpiano v. Johnson*, 687 F.2d 44, 48 (4th Cir. 1982). After a thorough examination of the Defendant's objections, the applicable law, the documented record, and the Report and Recommendation, this court overrules all objections.

Accordingly, it is this day ORDERED that the Report and Recommendation of the United

States Magistrate Judge filed September 22, shall be, and hereby is, ADOPTED, in its entirety.

This case is dismissed and stricken from the docket of the Court.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTER: _____
U.S. District Court Judge

DATE: October 27, 2005